Warren J. WYANT, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 369, 2015

Supreme Court of Delaware.

Submitted: April 20, 2016
Decided: May 25, 2016

AFFIRMED.